Albert Smedes, Executor of Arientie Hieistead, *against* William P. Hooghtaling and others, heirs of Philip Hooghtaling, deceased.

Interest may be recovered beyond the penalty of a bond. But whether it shall be so or not, is matter of law arising from the facts, and therefore, for the determination of the court, not of the Jury. Acknowledging a bond, and apologizing for not paving it, is a circumstance to rebut and destroy the presumption aris-

THIS was an action brought in *October*, 1802, on a bond, dated 4th *June*, 1776, conditioned for the payment of 200 pounds, with interest at 4 per cent. on the 4th day of *June* then next. The defendant pleaded payment, and relied on the presumption of law arising from the lapse of time since the instrument was given. On the trial no evidence was adduced of interest having been ever paid, nor was there any indorsement to that effect on the obligation. From the testimony of a mesne assignee, who was released by the plaintiff, it appeared that the bond had, on the division of the obligee's estate, been taken by the mother of the obligor, as a part of her share in it; that this was done at his request, because "he then should never have to pay it." That the mother herself, had declared, she "had nothing against the obligor," but did not give a discharge, on being threatened by one of her daughters to be turned out of doors if she did. It was, however, in proof, that in

the same year, in which the mother of the obligor made the above declaration, he was called on for the payment, when he acknowledged the bond to be due, and apologized for having suffered it to remain so long unpaid.

Upon this testimony the jury found for the plantiff, but a question then arose, whether the interest could be calculated beyond the penalty? A verdict, however, was taken for the full amount, on an agreement to reduce it, in case the court should be of opinion, that it could not, but no new trial to be granted on that account.

*Per curiam*, delivered by KENT, C. J. This case is submitted without argument. On a review of all the decisions on this subject, the court think this rule ought to be adopted. That interest is recoverable beyond the penalty of a bond. But that the recovery depends on principles of law, and is not an arbitrary, *ad libitum* discretion of a jury. In the present instance, we are of opinion, that it is due, and therefore, the verdict to remain unaltered.